# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Wilkens-Anderson Company | 1/13/2023 | Wire | $ 26,793.66 |
| Akorn Operating Company, LLC | Wilkens-Anderson Company | 2/8/2023 | Wire | $ 1,656.36 |
|  |  |  |  | $ 28,450.02 |