**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WILKENS-ANDERSON COMPANY,<br><br>Defendant. | Adv. Pro. No. 25-50224 (KBO)<br><br>**Related Adv D.I.: 16** |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that, on November 10, 2026, I caused a copy of the *Judgment by Default* to be served on the Defendant as set forth below.

**Via First Class United States mail**

Wilkens-Anderson Company
c/o Bruce E. Wilkens
197 Arlington Avenue
Elmhurst, IL 60126

Wilkens-Anderson Company
4525 West Division Street
Chicago, IL 60651

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

---

1 The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.